**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ERICA REED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 24-00166-KD-MU** |
| | ) | |
| **GLENSIRRES SPENCER and** | ) | |
| **MIKE GARTMAN TRANSFER** | ) | |
| **SERVICE, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated July 31, 2024 (doc. 11) and made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(S), is **ADOPTED** as the opinion of this Court.

Accordingly, the Motion to Remand filed June 20, 2024, by Plaintiff Erica Reed (doc. 6) is **GRANTED** and this civil action is **REMANDED** to the Circuit Court of Mobile County, Alabama for lack of jurisdiction.

**DONE** and **ORDERED** this the 20th day of August 2024.


/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**